

AHMAD
ZAVITSANOS
ANAIPAKOS
ALAVI
MENSING

**STEVEN MITBY**
DIRECT  713.600.4910
MAIN  713.655.1101
FAX  713.655.0062

SMITBY@AZALAW.COM

May 10, 2019

***Via ECF***
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:    *State Street Global Advisors Trust Company ("SSGA") v. Visbal*,
        <u>Case No. 1:19-cv-1719-GHW</u>**

Dear Judge Woods:

We represent Defendant Kristen Visbal in the above-referenced matter and write pursuant to Your Honor's individual rules and practices to request a brief adjournment of the teleconference scheduled for Monday, May 13, 2019 at 11:30 a.m. in order comply with Individual Rule 2(A), which requires principal trial counsel to appear at all conferences. We apologize for the short notice; our office has been affected by the recent flooding in Houston.

As I have a conflicting Court appearance scheduled for the same date, I will not be able to participate in the presently scheduled conference call. We therefore request that the Court adjourn the conference to May 15, 16, or 17 so that I, as Ms. Visbal's lead counsel, may properly represent Ms. Visbal's interests during the conference.

We also request that the Court allow the conference to be held in-person before the Court, rather than through a telephone call. Given the weight of the issues raised by Plaintiff in its pre-motion letter, we believe this conference would be better-suited for an in-person appearance before the Court.

Plaintiff's counsel has consented to our request for an adjournment and has also confirmed their availability on May 15, 16, and 17. There will be no prejudice to Plaintiff based on a brief adjournment of the conference date, given that Plaintiff only recently sought to bring its motion to dismiss and motion to strike. Ms. Visbal, on the other hand, will be prejudiced if her lead counsel is unable to represent her at this juncture.

Hon. Gregory H. Woods
United States District Judge
May 10, 2019
Page 2

      As this is our first request for an adjournment of this conference, the Court should grant Ms. Visbal a brief adjournment.  We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Steven J. Mitby

c:  Michael Frank Autuoro
    Vivian Cheng
    Sara Gates
    Alexander Gigante
    John Goetz
    Kristen McCallion
    Michael Mills
    Nancy Wolff