January 27, 2020

Honorable Gregory H. Woods
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

***Re:  State Street Global Advisors Trust Company v. Visbal*, Case No. 1:19-cv-1719-GHW**

Dear Judge Woods:

We write pursuant to Your Honor's Individual Rule 1(E), and further to the parties' discussion with the Court about deadlines during the January 16 and January 24 teleconferences[1], to seek an adjournment of two imminent deadlines in the current case schedule. In particular, the parties jointly request that the Court adjourn: (1) the January 28 deadline for the parties to submit a joint status update letter; and (2) the February 5 post-discovery status conference[2] in view of the Court's referral of this case to mediation during the January 24 teleconference, the January 3 ruling that set a February 15, 2020 deadline for amended pleadings, and the Court's extension of the expert discovery deadline to February 28, 2020.[3] The parties request that these deadlines be adjourned until a further date to be determined after the parties provide the Court with a more comprehensive proposal for revising the case schedule.

Ms. Visbal also requests that the Court adjourn the briefing schedule for her motion addressing work-product protection for certain Curd documents.[4] SSGA does not currently consent to this request and believes that these briefing deadlines are more properly addressed in this Friday's joint submission. As directed by the Court during the January 24 teleconference, the parties will submit a joint letter by this Friday, January 31, concerning the deadlines we believe should be adjourned for the parties to focus in good faith on mediation.

We thank the Court for its attention to this matter.

---

[1] See Dkt. No. 211 at 22:01–23:19.

[2] Dkt. No. 145.

[3] Dkt. Nos. 192, 204.

[4] Currently, Ms. Visbal's opening brief is due on February 6, SSGA's opposition is due on February 20, and Ms. Visbal's reply, if any, is due on February 27. Dkt. No. 214.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael F. Autuoro* | */s/ Steven J. Mitby* |
| Michael F. Autuoro | Steven J. Mitby |
| FISH & RICHARDSON P.C. | Seiler Mitby, PLLC |
| autuoro@fr.com | smitby@seilermitby.com |
| 7 Times Square, 20th Floor | 2700 Research Forest Drive, Suite 100 |
| New York, NY 10036 | The Woodlands, Texas 77381 |
| Telephone: (212) 765-5070 | Telephone: (281) 419-7770 |
| Facsimile: (212) 258-2291 | Fax: (281) 419-7791 |
| Attorney for Plaintiff | Attorney for Defendant |

Application granted in part and denied in part. The January 28, 2020 deadline for the parties to submit a joint status letter and the February 5, 2020 post-discovery status conference are adjourned *sine die*. However, Defendant's application to adjourn the deadlines associated with its motion for clarification is denied without prejudice. The Court expects that it will consider an application to adjourn those deadlines in the parties' joint submission due on January 31, 2020.

SO ORDERED.

Dated: January 28, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge