```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
   STATE STREET GLOBAL ADVISORS    :
   TRUST COMPANY,                                  :
                                            Plaintiff,  :    1:19-cv-1719-GHW
                                                      :
            -against-                          :    <u>ORDER</u>
                                                        :
   KRISTIN VISBAL,                       :
                                                        :
                                          Defendant.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        The Court has received Defendant's motion to re-open discovery, which was filed by Ms. Visbal *pro se* rather than by her attorneys. Dkt. No. 312. Ms. Visbal is still represented by counsel. The Court will consider this motion; however, the Court will not consider further *pro se* submissions while Ms. Visbal is represented. The Court modifies the briefing schedule for this motion as follows: Plaintiff's opposition is due no later than March 10, 2022; Defendant's reply, if any, is due no later than March 17, 2022.

        SO ORDERED.

Dated: March 4, 2022
New York, New York
                                               GREGORY H. WOODS
                                             United States District Judge