```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
  STATE STREET GLOBAL ADVISORS         :
  TRUST COMPANY,                       :
                                       :
                          Plaintiff,   :      1:19-cv-1719-GHW
                                       :
             -against-                 :           ORDER
                                       :
  KRISTIN VISBAL,                      :
                                       :
                          Defendant.   :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2022

GREGORY H. WOODS, District Judge:

Defendant Ms. Visbal's request to extend the stay in this case for an additional ninety days, Dkt. No. 335, is granted in part and denied in part. On March 10, following the withdrawal of Defendant's counsel, the Court stayed this case for ninety days to allow Defendant to search for and retain replacement counsel. Dkt. No. 318. The Court granted the application to stay the case for ninety days over Plaintiff's objection "based on the argument made by the defense, namely, that this is the amount of time required to find new counsel and for them to get up to speed and be ready to proceed with the case." Transcript of the March 10, 2022 Conference at 16. Ninety days is an extended period of time, and the expectation was that replacement counsel would be prepared to proceed after the ninety-day period. *See id.*

Ms. Visbal represents that she has obtained replacement counsel but that some payment is still outstanding, and that counsel is not yet up to speed in the case. Accordingly, Ms. Visbal requests an additional ninety days "for the firms' research and for [her] to gather the funds necessary for fair and equitable legal representation." Dkt. No. 335. The Court grants Ms. Visbal's request for an extension, but declines to extend the stay an additional ninety days. Ms. Visbal has not provided any justification for why an additional ninety days, rather than a shorter period of time, is required for replacement counsel to get up to speed on this case. Nor has Ms. Visbal adequately explained

why she needs an additional ninety days to secure funding in order to retain counsel. If Ms. Visbal is unable to secure funds to afford counsel, she retains the ability to proceed in this case *pro se*. For these reasons, the stay in this case is extended to July 8, 2022.

    SO ORDERED.

Dated: June 7, 2022  
New York, New York

                                                  GREGORY H. WOODS  
                                              United States District Judge