```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  STATE STREET GLOBAL ADVISORS   :
  TRUST COMPANY,                                 :
                                                  Plaintiff, :   1:19-cv-1719-GHW
                                                               :
             -against-             :   <u>ORDER</u>
                                                               :
  KRISTIN VISBAL,                              :
                                                               :
                                                 Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On March 21, 2022, the Court stayed this case until June 8, 2022 to allow Defendant to search for and retain replacement counsel. Dkt. No. 328. On June 7, 2022, the Court granted Defendant an extension of time and extended the stay until July 8, 2022. Dkt. No. 336. As of July 9, 2022, the stay in this case has lifted and no attorney has entered a notice of appearance for Defendant. The Court will hold a teleconference to discuss next steps in this matter as well as the briefing schedule for the parties' motions for summary judgment and *Daubert* motions on July 18, 2022 at 4:00 p.m.

The Clerk of Court is directed to remove the notice of stay from the docket.

SO ORDERED.

Dated: July 9, 2022  
New York, New York

                                                                GREGORY H. WOODS  
                                                            United States District Judge