```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
STATE STREET GLOBAL ADVISORS              :
TRUST COMPANY,                            :
                                          :
                             Plaintiff,   :          1:19-cv-1719-GHW
                                          :
          -against-                       :          ORDER
                                          :
KRISTIN VISBAL,                           :
                                          :
                             Defendant.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      For the reasons stated on the record on the conference held on July 18, 2022, the deadline

for the parties to file and serve their motions for summary judgment and *Daubert* motions is August

25, 2022.  The parties' oppositions are due within 45 days after service of the motions; replies, if any,

are due within 14 days after service of opposition briefs.  Briefs and opposition briefs shall be no

longer than 40 pages; reply briefs shall be no longer than 20 pages.

      SO ORDERED.

Dated:  July 18, 2022
New York, New York                        _____
                                          GREGORY H. WOODS
                                          United States District Judge