```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
STATE STREET GLOBAL ADVISORS :
TRUST COMPANY, *a Massachusetts trust* :
*company*, :
:
:
Plaintiff, :  1:19-cv-1719-GHW
      -v- :
:  ORDER
KRISTEN VISBAL, :
:
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As further detailed at the June 16, 2023 conference, Plaintiff's *Daubert* motions are granted in full, Defendant's *Daubert* motion is granted in part, and the parties' motions to seal are granted in full. In addition, the Court hereby sets a conference for July 6, 2023 to discuss the pretrial process. In advance of that conference, the parties are directed to meet and confer and to submit, by joint letter on the docket no later than June 29, 2023, (a) the length of time that each party estimates trial will take, and (b) each party's availability for trial in February, March, and April 2024.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 357, 360, 363, 366, 373, 377, 384, 402, 411, 418, and 425.

SO ORDERED.

Dated: June 16, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge