

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

July 27, 2023

**Kristen McCallion**
Principal
McCallion@fr.com
212 641 2261  direct

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *State Street Global Advisors Trust Company v. Kristen Visbal*, 19 Civ. 1719 (GHW)

Dear Judge Woods:

Pursuant to the Court's Endorsed Memorandum dated June 29, 2023 (Dkt. 445), SSGA provides this supplemental letter.

SSGA is available for trial during the month of April 2024.

We look forward to speaking with Your Honor during the August 3, 2023 conference at 4pm.

Respectfully submitted,

Kristen McCallion
FISH & RICHARDSON P.C.
mccallion@fr.com
7 Times Square, 20th Floor
New York, NY 10036
212-765-5070

Counsel for Plaintiff SSGA

fr.com