```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                                                         :

STATE STREET GLOBAL ADVISORS TRUST   :
COMPANY,                                                     :
                                                                                    :                  1:19-cv-1719-GHW
                                         Plaintiff,   :
                                                                         :                      <u>ORDER</u>
                                          -v –                                 :
KRISTEN VISBAL,                                     :
                                                           Defendant.  :
                                                                                                   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On February 12, 2024, the parties filed their joint pretrial order (the "JPTO"). Dkt. No. 471. The JPTO includes four attachments listing the parties' deposition designations and proposed exhibits. The parties are directed to provide the Court with the attachments to the JPTO in their native Excel formats no later than March 29, 2024. In addition, the parties are directed to provide the Court with the transcripts of all depositions of which any portion has been designated, in text-readable format, by March 29, 2024. The parties are directed to contact Judge Woods' Courtroom Deputy, Wileen Joseph, for instructions on how to transmit these materials to the Court. Ms. Joseph's contact information can be found on the Court's website.

        SO ORDERED.

Dated: March 26, 2024
       New York, New York

                                                                _____
                                                                       GREGORY H. WOODS
                                                                United States District Judge