

**VIA ECF**

April 27, 2024

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

Honorable Gregory H. Woods
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *State Street Global Advisors Trust Company v. Visbal*, Case No. 1:19-cv-1719-GHW

Dear Judge Woods:

The parties jointly submit this letter to inform the Court of settlement developments.

As the parties indicated in a previous letter (Dkt. 530), the parties engaged in a mediation over the weekend during which they reached an agreement in principle that would dispose of all claims and counterclaims in this case.

Since the mediation, both parties have signed a settlement agreement. We expect to file a Stipulation of Dismissal with Prejudice within approximately thirty (30) days.

The parties therefore respectfully request that the upcoming jury trial and all related deadlines be adjourned *sine die* and that the Court order this action dismissed and discontinued *without* prejudice to the right to reopen the action within thirty-five (35) days of the order so that the parties can consummate the terms of their settlement. In light of the settlement over the weekend, the parties will also submit a copy of this letter to Chambers via email.

In the event that a Stipulation of Dismissal with Prejudice is not filed on or before May 30, 2024 (thirty-three days from today), the parties will submit to the Court a joint update concerning the proposed settlement.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Kristen McCallion*
Kristen McCallion
**FISH & RICHARDSON, PC**
Counsel for State Street Global
Advisors Trust Company

*/s/ Ilann M. Maazel*
Ilann M. Maazel
**EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP**
Counsel for Kristen Visbal

fr.com