USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE STREET GLOBAL ADVISORS TRUST COMPANY,

        Plaintiff,

v.

KRISTEN VISBAL,

        Defendant.

**MEMORANDUM ENDORSED**

Civil Action No. 1:19-cv-1719 (GHW)

### STIPULATION AND [PROPOSED] ORDER FOR NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above civil action be dismissed with prejudice; each party to bear their own attorneys' fees and costs.

_____  
John S. Goetz  
FISH & RICHARDSON P.C.  
goetz@fr.com  
7 Times Square, 20th Floor  
New York, NY 10036  
Telephone: (212) 765-5070  
Facsimile: (212) 258-2291  

Attorney for Plaintiff SSGA

_____  
Debra L. Greenberger  
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP  
dgreenberger@ecbawm.com  
600 Fifth Avenue at Rockefeller Center  
New York, NY 10020  
Telephone: (212) 763-5000  

Attorney for Defendant Kristen Visbal

**SO ORDERED:** The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

DATE: __May 30__, 2024

_____  
Honorable Gregory H. Woods  
United States District Judge

7